## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCHE DIABETES CARE, INC., | | |
| Plaintiff, | | C. A. No. 19-cv-00374-RGA |
| v. | | **JURY TRIAL DEMANDED** |
| VALERITAS, INC. and VALERITAS HOLDINGS, INC., | | |
| Defendants. | | |

### STIPULATION OF DISMISSAL

The parties hereby agree, subject to the approval of the Court, that:

1. Pursuant to Fed. R. Civ. P. 41(a), all of the claims asserted by Roche Diabetes Care, Inc. in the above-captioned action are DISMISSED WITH PREJUDICE.

2. Pursuant to Fed. R. Civ. P. 41(a), all of the claims asserted by Valeritas, Inc. and Valeritas Holdings, Inc. in the above-captioned action are DISMISSED WITH PREJUDICE.

3. Each party shall bear its own fees, costs, and expenses.

4. No claims remain in the above-captioned action and this action may be closed.

Dated: July 24, 2019

FISH & RICHARDSON P.C.

/s/ *Warren K. Mabey, Jr.*
Warren K. Mabey, Jr. (DE #5775)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-5070
mabey@fr.com

Thomas H. Reger II
Texas Bar No. 24032992
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
reger@fr.com

MORGAN, LEWIS & BOCKIUS LLP

/s/ *Amy M. Dudash*
Amy M. Dudash (DE # 5741)
The Nemours Building
1007 North Orange Street
Suite 501
Wilmington, DE 19801
Telephone:  (302) 574-3000
amy.dudash@morganlewis.com

*Attorneys for Defendants Valeritas, Inc. and Valeritas Holdings, Inc.*

Madelyn McCormick
California Bar No. 320063
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
mmccormick@fr.com

*Attorneys for Roche Diabetes Care, Inc.*

IT IS SO ORDERED this _____ day of _____, 2019.

_____
United States District Judge